IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREI WYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:26-cv-00331-RAH-CWB |
| | ) | |
| DONALD VALENZA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND FINAL JUDGMENT

On July 27, 2026, the Magistrate Judge filed a Recommendation (doc. 8) in which he recommended that this action be dismissed without prejudice. No objections have been filed.

Upon an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. The Recommendation (doc. 8) is **ADOPTED**;
2. Final Judgment is entered in favor of Defendants, and against Plaintiff;
3. This case is **DISMISSED** without prejudice, each party to bear their own costs; and,
4. The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** on this the 20th day of August 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE